AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.
SERGIO LUCAS

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: MJ# 05-846-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 10, 2005__ in __Norfolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer false identification documents, knowing that the documents were produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am a(n) __Special Agent ICE__ and that this complaint is based on the following
                                   Official Title
facts:

See attached Affidavit of Special Agent John Dumas

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_____
Signature of Complainant
JOHN DUMAS

Sworn to before me and subscribed in my presence,

May 23, 2005 @ 3:30 PM.       at       Boston, MA
Date                                            City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE           Marianne B. Bowler, USMJ
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.