AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SERGIO LUCAS

## WARRANT FOR ARREST

CASE NUMBER: MJ 05-846-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SERGIO LUCAS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [✓] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transferring false identification documents knowing that the documents were produced without lawful authority

in violation of Title **18** United States Code, Section(s) **1028(a)(2)**

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

May 23, 2005 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY JDS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/24/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.