UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**05 CR 10157 RWZ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | VIOLATION: |
| | ) | |
| SERGIO LUCAS | ) | 18 U.S.C. § 1028(a)(2) – |
| | ) | Fraud In Connection With |
| | ) | Identification Documents |

### INDICTMENT

**COUNT ONE**: (18 U.S.C. § 1028(a)(2) –
              Fraud In Connection With Identification Documents)

The Grand Jury charges that:

On or about March 10, 2005, in Rockland, in the District of Massachusetts,

**SERGIO LUCAS,**

defendant herein, did knowingly transfer false identification documents, to wit: two counterfeit Immigration and Naturalization Resident Alien Cards (green cards) and two social security cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

**COUNT TWO**: (18 U.S.C. § 1028(a)(2) -
          Fraud In Connection With Identification Documents)

The Grand Jury further charges that:

On or about March 24, 2005, in Rockland, in the District of Massachusetts,

**SERGIO LUCAS**,

defendant herein, did knowingly transfer false identification documents, to wit: four counterfeit Immigration and Naturalization Resident Alien Cards (green cards) and four social security cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

**COUNT THREE**: (18 U.S.C. § 1028(a)(2) -
            Fraud In Connection With Identification Documents)

The Grand Jury further charges that:

   On or about May 10, 2005, in Braintree, in the District of Massachusetts,

**SERGIO LUCAS**,

defendant herein, did knowingly transfer false identification documents, to wit: two counterfeit Immigration and Naturalization Resident Alien Cards (green cards) and two social security cards, knowing that such documents were produced without lawful authority.

   All in violation of Title 18, United States Code, Section 1028(a)(2).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 22, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

12:19P

≈JS 45 (5/97) - (Revised USAO MA 6/29/04)           04 CR 10157 RWZ

**Criminal Case Cover Sheet**                                      U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Rockland                       **Related Case Information:**

**County** Plymouth                     Superseding Ind./ Inf. _____   Case No. _____
                                        Same Defendant _____   New Defendant _____
                                        Magistrate Judge Case Number   05-846-MBB
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sergio Lucas                               Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   30 Shawmut Street, Weymouth, MA

Birth date (Year only): 75   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: Brazilian

**Defense Counsel if known:** Thomas Ford         **Address:** 141 Tremont Street, Boston, MA 02111

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Christopher F. Bator                    **Bar Number if applicable** _____

Interpreter:   ☒ Yes   ☐ No         List language and/or dialect:   Portuguese

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

**Arrest Date:** 5/24/05

☒ Already in Federal Custody as   defendant   in   U.S. v. Lucas   .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/22/05         **Signature of AUSA:**   Christopher F. Bator

04CR10157RWZ

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Sergio Lucas

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a)(2) | Transferring False Identification Documents | 1 |
| Set 2 | 18 U.S.C. §1028(a)(2) | Transferring False Identification Documents | 2 |
| Set 3 | 18 U.S.C. §1028(a)(2) | Transferring False Identification Documents | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**