UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 10157-RWZ |
| | ) | |
| V. | ) | |
| | ) | |
| SERGIO LUCAS | ) | |

**ASSENTED-TO MOTION TO EXCLUDE
TIME FROM 7/26/05 - 9/15/05**

The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from July 26, 2005 through September 15, 2005, the date of the final status conference, from speedy trial calculations. This exclusion was agreed-to by the parties at the status conference on July 26, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:
Sergio Lucas
by his counsel,

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

_____
Thomas Ford, Esq.
141 Tremont Street
Boston, MA 02111