UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )        CR. NO. 05-10157-RWZ
                                )
            V.                  )
                                )
SERGIO LUCAS                    )

**JOINT FINAL STATUS REPORT**

The parties submit the following status report.

1.  There are no outstanding discovery issues.

2.  Neither party now anticipates providing additional discovery as a result of future receipt of information, documents or reports of examinations or tests.

3.  The defendant does not intend to raise an insanity or public authority defense.

4.  The government has not requested notice of alibi by the defendant.

5.  The defendant has not and does not now intend to file any motion requiring a ruling by the District Court before trial.

6.  No schedule should be set.

7.  The parties have discussed resolution of the case without trial.  Those discussions are continuing.

8.  The parties agree to the following periods of excludable delay:

> -- May 24, 2005 through May 27, 2005 (the date from the initial appearance until the detention motion was decided) pursuant to 18 U.S.C. § 3161(h)(1)(F);

-- June 29, 2005 through July 27, 2005 (28 days following
arraignment) pursuant to L.R. 116.1(B).

-- July 26, 2005 through September 15, 2005 (by assented-to
motion of the parties) pursuant to 18 U.S.C. § 3161(h)(8).
The Court ordered this time excluded on August 3, 2005.

9.  The estimated length of trial is 3-5 days.

                              Respectfully submitted,

Sergio Lucas                  MICHAEL J. SULLIVAN
by his counsel,               United States Attorney


/s/Thomas J. Ford (C.F.B.)    By:  /s/CHRISTOPHER F. BATOR
141 Tremont Street                 Assistant U.S. Attorney
Suite 400
Boston, MA 02111                   Date: September 15, 2006

2