# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10157-RWZ

UNITED STATES OF AMERICA

v.

SERGIO LUCAS

### *FINAL STATUS REPORT*

September 16, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with fraud in connection with identification documents, was returned on June 22, 2005;

2. The defendant was arraigned on the Indictment on June 29, 2005;

3. The defendant is in custody on the charges;

    4. At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately one week;

    5. Counsel for the defendant has indicated that the case will be resolved by way of a plea of guilty;

    6. As of the date of this Final Status Report, time has been excluded through September 15, 2005;

    7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge